UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                           Chapter 13

      Glenn Zisa

                                                                      Case No. 10-36158 (rdd)

      Debtor(s).
-----------------------------------------------------------x

## LOSS-MITIGATION REQUEST – BY THE DEBTOR

I am a Debtor in this case. I hereby request loss mitigation with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

620 Scotchtown Collabar Rd Middletown, NY 10941, First Franklin Loan Services Loan #

1044880624

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in loss mitigation in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this loss mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.

Sign: /s/ Glenn Zisa                      Date: April 27, 2010

Print Name:                      Glenn Zisa

Telephone Number:            845-425-2510

E-mail address (if any):         bleichmanklein@yahoo.com