UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

**NOTICE OF APPEARANCE**

In Re:                                           Case No.: 10-36158-cgm
                                                 (Chapter 13)
GLENN BRUCE ZISA
                                                 Assigned to:
                    Debtor.                       Hon. CECELIA G. MORRIS
                                                 Bankruptcy Judge

_____


        PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of HOME LOAN SERVICES AS SERVICER FOR LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST 2007-4, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4, Secured Creditor, in the within proceeding.

        Please send copies of all Notices and of all papers filed in the case to the undersigned.  Further, please add our firm to the mailing matrix.

DATED:    April 29, 2010
          Buffalo, New York

                                     Yours, etc.
                                     STEVEN J. BAUM, P.C.
                                     Attorneys for Secured Creditor
                                     HOME LOAN SERVICES AS SERVICER FOR
                                     LASALLE BANK NATIONAL ASSOCIATION AS
                                     TRUSTEE FOR MERRILL LYNCH FIRST
                                     FRANKLIN MORTGAGE LOAN TRUST 2007-4,
                                     MORTGAGE LOAN ASSET-BACKED
                                     CERTIFICATES, SERIES 2007-4
                                          /s/Ehret A. VanHorn

                                     By:  _____
                                          Ehret A. Van Horn, Esq.
                                          Office and Post Address:
                                          220 Northpointe Parkway, Suite G
                                          Amherst, NY 14228
                                          Telephone 716-204-2400

TO:
    CLERK, UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF NEW YORK
    355 Main Street
    Poughkeepsie, NY 12601

    JOSHUA N. BLEICHMAN, ESQ.    Attorney for Debtor
    Bleichman & Klein
    268 Route 59
    Spring Valley, NY10977

    JEFFREY L. SAPIR, ESQ.        Chapter 13 Trustee

399 Knollwood Road
Suite 102
White Plains, NY 10603