

| Mailing Address | **STEVEN J. BAUM, P.C.** | Phone Number |
|---|---|---|
| P.O. Box 1291 | ATTORNEYS AT LAW | 716-204-2400 |
| Buffalo, NY 14240-1291 | | |
| | | Fax Number |
| OvernightMail | | 716-204-4600 |
| 220 Northpointe Parkway | | Not for Service |
| Suite G | | Web Site |
| Amherst, NY 14228 | | WWW.MBAUM.COM |

June 3, 2010

Joshua N. Bleichman
Bleichman & Klein
268 Route 59
Spring Valley, NY 10977

Re:     Glenn Bruce Zisa
       Case No.    10-36158
       Loan No.    0624

Dear Joshua N. Bleichman, Esq.:

Our office represents Home Loan Services, Inc. in the above-mentioned matter. We are in receipt of the Debtor's loss mitigation request. Please be advised that the loss mitigation contact for Home Loan Services, Inc. is:

Kim Oyler
150 Allegheny Center Mall
Pittsburgh, PA 15212
Phone: 800-622-5035 ext 14820

If you have any questions, please feel free to call.

                                              Very truly yours,

                                              STEVEN J. BAUM, P.C.

                                              By:     Dennis Jose, Esq.

The law firm of Steven J. Baum, P.C. and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose. However, if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

cc:
GLENN BRUCE ZISA