Return Date: April 14, 2011
Time: 9:15 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Chapter 13

In re:                                                           Case No. 10-36158(CGM)

GLENN BRUCE ZISA,

              Debtor.
------------------------------------------------------------X

OPPOSITION BY CHAPTER 13 TRUSTEE
TO ADDITIONAL FEES CHARGED BY COUNSEL
<u>TO THE DEBTOR</u>

JEFFREY L. SAPIR, respectfully represents:

1. He is the Standing Chapter 13 trustee for the Southern District of New York and is fully familiar with the facts and circumstances of this case.

2. He files this opposition to the application by Bleichman & Klein, Esqs. for additional compensation as counsel to the debtor herein.

3. The trustee's objections are as follows:

    a. There is no statement setting forth the qualifications and experience of Mr. Bleichman permitting him to charge $385.00 per hour.

    b. 4/27/2010- Preparation and filing a one (1) page document should not and does not take 2.0 hours. 1.7 hours should be deducted.

    c. 4/28/2010- No explanation as to what caused the $5.00 expense.

d. 5/19/2010- Reviewing a 1 ½ page document which 90% is boiler plate should not take .2.   .1 should be deducted.

e. 5/25/2010-  No indication as to what caused the $26.00 expense.

f. 7/20/2010- Appears to be a duplication of time between attorney and paralegal.  .1 should be deducted.

g. 8/4/2010- No indication as to what work was performed that took 4.0 hours of attorney time. Some of the work could have been given to staff.

h. 1/25/2011- There is no indication what transpired on this date that took attorney time of 3.0 hours. In addition, no indication what caused the $50.00 expense.  From reading the attorney time sheet, it appears that the time spent was copied exactly from the court docket sheet.

i. 1/28/2011- No indication as to why it would take .5 to review a document indicating the loan modification was granted.  .4 should be deducted.

   WHEREFORE, it is respectfully prayed that this court deduct the appropriate sum form the fee requested and for such other and further relief as is just and proper.

Dated: White Plains, New York
       April 14, 2011

                                        /s/ Jeffrey L. Sapir
                                        Jeffrey L. Sapir
                                        Chapter 13 Trustee SDNY

To:  Bleichman & Klein, Esqs. .
     268 Route 59
     Spring Valley, New York 10977

Office of the U.S. Trustee
74 Chapel Street
Albany, New York 12207