UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                  Chapter 13
                                                                                                Case No. 10-36158 (CGM)

**GLENN B. ZISA,**
                                                                           **ORDER**
                                       Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

            Upon reading and filing the application of Bleichman & Klein, counsel to the debtor, for additional compensation in the sum of $4,073.50 and $81.00 for disbursements, the opposition by the Chapter 13 trustee and answer in response to the trustee's opposition, and this matter having come on to be heard on May 3, 2011, and due deliberation having been had, and upon the agreement of the Chapter 13 Trustee and applicant, it is

            **ORDERED**, that the trustee's Objection is granted; and it is further

            **ORDERED,** that Bleichman & Klein's fee and disbursements be allowed in the total sum of $1500.00.

Dated: Poughkeepsie, New York
             May 24, 2011
                                          /s/ Cecelia G. Morris
                                          **UNITED STATES BANKRUPTCY COURT**